# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 07-cv-01887-REB

LIEB PRECISION TOOLS, INC., a Colorado corporation, and
DAVID LIEB, an individual,

    Plaintiffs,

v.

HANS PETER KAEMPFER, an individual

    Defendant.

## ORDER

**Blackburn, J.**

    Having the approval of the Chief Judge of the United States District Court for the District of Colorado, as required by D.C.COLO.LCivR 40.1A, and having the consent of the Honorable John L. Kane, Senior District Judge for the District of Colorado, this case should be transferred for all further proceedings to the Honorable John L. Kane, Senior District Judge.

    **THEREFORE, IT IS ORDERED** that effective forthwith this case is **TRANSFERRED** to the Honorable John L. Kane, Senior District Judge for the District of Colorado, for all further proceedings.

    Dated September 12, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**