IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: September 13, 2007
Courtroom Deputy: LaDonne Bush
Court Reporter: Darlene Martinez

_____

Civil Action No. 07-cv-01887-JLK

| | |
|---|---|
| LIEB PRECISION, TOOLS, INC., and DAVID LIEB, | Michael Ogborn |
| Plaintiffs, | |
| v. | |
| HANS-PETER KAEMPBER, | Joseph Jaros Paul Maricle |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on the Application for Preliminary Injunction and Immediate Temporary Restraining Order**

11:54 a.m.     Court in session.

Court's preliminary comments.

**ORDERED**:   Defendant Hans-Peter Kaempfer's Unopposed Motion to Consolidate (Doc. 6) is denied as moot.

Statement by Mr. Ogborn regarding the proposed settlement agreement and plaintiffs' oral motion to dismiss without prejudice.  Mr. Jaros concurs.

**ORDERED:**   This case is dismissed without prejudice.

11:57 a.m.     Court in recess.

Time in court: 00:03
Hearing concluded.